```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NY WEST 20TH, LLC,

                Plaintiff,

-against-

HOWARD GOLDMAN., et al.,

                Defendants.
------------------------------------------------------------x

09 Civ. 2392 (PKC)

<u>ORDER</u>

P. KEVIN CASTEL, District Judge:

        I have Mr. Hyland's letter of September 24, 2009 on behalf of defendants raising certain discovery disputes. Mr. Hyland is directed to telephone Mr. Molton to arrange a face-to-face, meet and confer session for no less than one hour in a good faith attempt to resolve or narrow any other outstanding discovery disputes. (Counsel are also encouraged to discuss settlement.) Thereafter, if the disputes have not been resolved, counsel for the parties are directed to submit a joint letter (the "Joint Letter") by October 13, 2009 (1) certifying that they have complied with the foregoing meet and confer requirement; (2) stating each side's position on the disputed issues; and (3) setting forth the specific relief each side seeks, together with any citations to case law support. The text of the discovery requests and the objections, if any, should be submitted with the Joint Letter. I will either decide the issue on the basis of the Joint Letter, schedule a hearing or conference to resolve the disputes or direct the filing of a formal motion and briefing. For further guidance, counsel are encouraged to consult this Court's opinion in <u>Zaccaro v. Shah</u>, 08 Civ. 3138(PKC), 2008 WL 5429636 (S.D.N.Y. Dec. 22, 2008).

        If any discovery disputes arise in the future, the above procedures are to be followed.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       September 24, 2009